| | | | |
|---|---|---|---|
| Minich v. Golden Gate Nat. Senior Care | 314 MDA 2015<br>Vacated and<br>Remanded | 12/21/2016 | CI–14–04449<br>(Lancaster) |
| Davis v. HCR Manorcare ............. | 507 MDA 2015<br>Reversed and<br>Remanded | 12/21/2016 | CI–14–06658<br>(Lancaster) |
| Com. v. Goble ...................... | 153 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/21/2016 | CP–40–CR–0003767–<br>2009<br>(Luzerne) |
| Com. v. Proper ..................... | 1705 WDA 2015<br>Affirmed | 12/21/2016 | CP–61–CR–0000625–<br>2012<br>(Venango) |
| Com. v. Vasilinda ................... | 1746 WDA 2015<br>Quashed | 12/21/2016 | CP–11–CR–0001957–<br>2008<br>CP–11–CR–0002402–<br>2008<br>CP–11–CR–0002408–<br>2008<br>(Cambria) |
| Com. v. Smith ...................... | 1980 WDA 2015<br>Affirmed | 12/21/2016 | CP–65–SA–0000230–<br>2015<br>(Westmoreland) |
| Com. v. Astrove ..................... | 1981 WDA 2015<br>Affirmed | 12/21/2016 | CP–61–CR–0000288–<br>2013<br>(Venango) |
| Com. v. Coleman..................... | 1214 WDA 2016<br>Appeal<br>dismissed | 12/21/2016 | CP–02–CR–0000279–<br>1988<br>CP–02–CR–0000281–<br>1988<br>(Allegheny) |
| In re Adoption of A.N.S.; Appeal of<br>L.R.W. ........................... | 1260 WDA 2016<br>Affirmed | 12/21/2016 | No. 2016–8 IVT, 2016–<br>9 IVT, 2016–10 IVT<br>(Cambria) |
| Com. v. Williams, K. [18] ............... | 2194 EDA 2012<br>Affirmed | 12/22/2016 | CP–46–CR–0007004–<br>2005<br>(Montgomery) |
| Com. v. Williams, D. ................. | 2007 EDA 2015<br>Affirmed | 12/22/2016 | CP–51–CR–0008302–<br>2009<br>(Philadelphia) |
| Com. v. Fuller ...................... | 2645 EDA 2015<br>Affirmed | 12/22/2016 | CP–51–CR–1202721–<br>2004<br>(Philadelphia) |
| Com. v. Lorick....................... | 3124 EDA 2015<br>Affirmed | 12/22/2016 | CP–51–CR–0008869–<br>2013<br>(Philadelphia) |
| Com. v. French ..................... | 3196 EDA 2015<br>Affirmed | 12/22/2016 | CP–51–CR–0003504–<br>2015<br>(Philadelphia) |

18. Petition for reargument denied February 7, 2017.